IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

IRWIN HICKS, JR.,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.
_____/

Case No.  5D22-1783
LT Case No. 2010-CF-001532-A

Decision filed August 8, 2023

Appeal from the Circuit Court
for Lake County,
G. Richard Singeltary, Judge.

Irwin Hicks, Jr., Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

JAY, HARRIS and SOUD, JJ., concur.